

Tuesday, August 16, 2011

No. 11–0610/AR.  U.S. v. Marcus Melchor.  CCA 20100272.  Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

Wednesday, August 17, 2011

No. 11–0143/AR.  U.S. v. Aaron R. Stanley.  CCA 20050703.  Appellee's motion to request postponement of oral argument is denied.

No. 11–0579/AR.  U.S. v. Nathaniel J. Conquy.  CCA 20100583.  Appellant's second motion to withdraw petition for grant of review without prejudice is granted.